**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 11-7070

JOHN BACCUS, a/k/a John Roosevelt Baccus,

Plaintiff – Appellant,

v.

LEWIS A. SCOTT, Et Al,

Defendant - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Beaufort.  David C. Norton, Chief District Judge.  (9:10-cv-02862-DCN)

Submitted:  November 15, 2011      Decided:  November 18, 2011

Before NIEMEYER and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

John Roosevelt Baccus, Appellant Pro Se. Steven Michael Pruitt, MCDONALD, PATRICK, TINSLEY, BAGGETT & POSTON, Greenwood, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Roosevelt Baccus appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Baccus v. Scott, No. 9:10-cv-02862-DCN (D.S.C. July 25, 2011). We deny Baccus's motions to compel the district court clerk's office to provide copies of documents, for a transcript at Government expense, to review the record in the clerk's office, and to consolidate this appeal with No. 11-7101.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED